# United States Court of Appeals
## For the First Circuit

No. 03-2439

IRAJ DANAIPOUR,
Petitioner, Appellant,

v.

KRISTINA MCLAREY,
Respondent, Appellee.

ERRATA

The opinion of this Court, issued on October 12, 2004, should be amended as follows.

In the sentence on page 7, line 21, add "order" after "district court".